# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: : CASE NO. 23-10064-JAD
:
Bonnie Sue Warnshuis, : CHAPTER 13
Debtor :
:

## PAYMENT ADVICES FOR THE PRIOR SIXTY (60) DAYS (PROOF OF INCOME)

DATES OF ENCLOSED PAYMENT ADVICES:

February 9, 2023

January 26, 2023

January 12, 2023

December 29, 2022

December 15, 2022

Next Payment Advice Expected (post-filing):

February 23, 2023

K.S.            **WARNSHUIS, BONNIE SUE**

LECOM HEALTH CORRY MEMORIAL HOSPITAL

**BONNIE WARNSHUIS**     00299     F-S-00 S-M-00          **Period: 01/22/23 - 02/04/23**

Base Rate: 20.9400                Title: CLERICAL                 Check Date: 02/09/23
Home Department: 841                                              Check Number: DDeposit

| Earnings | JobCode | Department | Hours | OT | SH | WE | HO | CB | Rate | Extend |
|---|---|---|---|---|---|---|---|---|---|---|
| REGULAR HRS-SHIFT 1 | 06 | FINANCE | 24.40 | N |  | N |  | N | 20.9400 | 510.94 |
| REGULAR HRS-SHIFT 1 | 06 | MAT MGMT | 15.60 | N |  | N |  | N | 20.9400 | 326.66 |
| REGULAR HRS-SHIFT 1 | 06 | FINANCE | 30.70 | N |  | N |  | N | 20.9400 | 642.86 |
| REGULAR HRS-SHIFT 1 | 06 | MAT MGMT | 9.30 | N |  | N |  | N | 20.9400 | 194.74 |
|  |  | ** TOTAL HOURS ** | 80.00 |  |  |  |  |  |  |  |

| Deductions | Current | YearToDate |
|---|---|---|
| DENTAL INS | 5.00 | 15.00 |
| HEALTH INS | 20.00 | 60.00 |
| LOCAL SVC TX | 2.00 | 6.00 |
| FEDERAL TAX | 165.33 | 352.36 |
| OASDI | 102.31 | 307.52 |
| MEDICARE | 23.93 | 71.92 |
| STATE | 50.66 | 152.27 |
| UNEMPLOYMENT PA | 1.17 | 3.52 |
| CORRY CITY TAX | 16.50 | 49.60 |

| Current | | Y-T-D | |
|---|---|---|---|
| Gross Pay | 1675.20 | Gross Pay | 5035.02 |
| - Deductions | 386.90 | - Deductions | 1018.19 |
| Net Pay | 1288.30 | Net Pay | 4016.83 |

| Benefits | Hours |
|---|---|
| VACATION PAY | 200.00 |
| OLD VACATION | 183.00 |
| PERSONAL | 32.00 |

| Bank Account | Deposit |
|---|---|
| XXXXX6884 | 1288.30 |

BONNIE WARNSHUIS          00299
149 WEST BOND ST
CORRY        PA 16407

## LECOM HEALTH CORRY MEMORIAL HOSPITAL

**BONNIE WARNSHUIS**    00299    F-M-01 S-M-00    Period: 01/08/23 - 01/21/23

Base Rate: 20.9400  
Home Department: 841  
Title: CLERICAL  
Check Date: 01/26/23  
Check Number: DDeposit

| Earnings | JobCode | Department | Hours | OT | SH | WE | HO | CB | Rate | Extend |
|---|---|---|---|---|---|---|---|---|---|---|
| REGULAR HRS-SHIFT 1 | 06 | FINANCE | 29.70 | N | | N | N | | 20.9400 | 621.92 |
| REGULAR HRS-SHIFT 1 | 06 | MAT MGMT | 10.30 | N | | N | N | | 20.9400 | 215.68 |
| REGULAR HRS-SHIFT 1 | 06 | FINANCE | 29.40 | N | | N | N | | 20.9400 | 615.64 |
| REGULAR HRS-SHIFT 1 | 06 | MAT MGMT | 10.60 | N | | N | N | | 20.9400 | 221.96 |
| OVERTIME PAY-S1 | 06 | MAT MGMT | .30 | Y | | N | N | | 31.4100 | 9.42 |
| | | ** TOTAL HOURS ** | 80.30 | | | | | | | |

| Deductions | Current | YearToDate |
|---|---|---|
| DENTAL INS | 5.00 | 10.00 |
| HEALTH INS | 20.00 | 40.00 |
| LOCAL SVC TX | 2.00 | 4.00 |
| FEDERAL TAX | 94.08 | 187.03 |
| OASDI | 102.90 | 205.21 |
| MEDICARE | 24.06 | 47.99 |
| STATE | 50.95 | 101.61 |
| UNEMPLOYMENT PA | 1.18 | 2.35 |
| CORRY CITY TAX | 16.60 | 33.10 |

| Current | | Y-T-D | |
|---|---|---|---|
| Gross Pay | 1684.62 | Gross Pay | 3359.82 |
| - Deductions | 316.77 | - Deductions | 631.29 |
| Net Pay | 1367.85 | Net Pay | 2728.53 |

| Benefits | Hours |
|---|---|
| VACATION PAY | 200.00 |
| OLD VACATION | 183.00 |
| PERSONAL | 32.00 |

| Bank Account | Deposit |
|---|---|
| XXXXX6884 | 1367.85 |

BONNIE WARNSHUIS    00299  
149 WEST BOND ST  
CORRY    PA 16407

# LECOM HEALTH CORRY MEMORIAL HOSPITAL

**BONNIE WARNSHUIS**  00299  F-M-01 S-M-00    Period: 12/25/22 - 01/07/23

Base Rate: 20.9400  
Home Department: 841  
Title: CLERICAL  
Check Date: 01/12/23  
Check Number: DDeposit

| Earnings | JobCode | Department | Hours | OT | SH | WE | HO | CB | Rate | Extend |
|---|---|---|---|---|---|---|---|---|---|---|
| REGULAR HRS-SHIFT 1 | 06 | FINANCE | 24.00 | N | | N | N | | 20.9400 | 502.56 |
| REGULAR HRS-SHIFT 1 | 06 | MAT MGMT | 8.00 | N | | N | N | | 20.9400 | 167.52 |
| REGULAR HRS-SHIFT 1 | 06 | FINANCE | 8.00 | N | 1 | N | N | | 20.9400 | 167.52 |
| HOLIDAY | 06 | FINANCE | 23.20 | N | | N | N | | 20.9400 | 485.81 |
| REGULAR HRS-SHIFT 1 | 06 | MAT MGMT | 8.80 | N | | N | N | | 20.9400 | 184.27 |
| REGULAR HRS-SHIFT 1 | 06 | FINANCE | 8.00 | N | 1 | N | N | | 20.9400 | 167.52 |
| HOLIDAY | 06 | ** TOTAL HOURS ** | 80.00 | | | | | | | |

| Deductions | Current | YearToDate |
|---|---|---|
| DENTAL INS | 5.00 | 5.00 |
| HEALTH INS | 20.00 | 20.00 |
| LOCAL SVC TX | 2.00 | 2.00 |
| FEDERAL TAX | 92.95 | 92.95 |
| OASDI | 102.31 | 102.31 |
| MEDICARE | 23.93 | 23.93 |
| STATE | 50.66 | 50.66 |
| UNEMPLOYMENT PA | 1.17 | 1.17 |
| CORRY CITY TAX | 16.50 | 16.50 |

| Current | | Y-T-D | |
|---|---|---|---|
| Gross Pay | 1675.20 | Gross Pay | 1675.20 |
| - Deductions | 314.52 | - Deductions | 314.52 |
| Net Pay | 1360.68 | Net Pay | 1360.68 |

| Benefits | Hours |
|---|---|
| VACATION PAY | 200.00 |
| OLD VACATION | 183.00 |
| PERSONAL | 32.00 |

| Bank Account | Deposit |
|---|---|
| XXXXX6884 | 1360.68 |

BONNIE WARNSHUIS    00299  
149 WEST BOND ST  
CORRY    PA 16407

LECOM HEALTH CORRY MEMORIAL HOSPITAL

BONNIE WARNSHUIS      00299    F M-01 S M-00             Period: 12/11/22 - 12/24/22

Base Rate: 20.9400  Title: CLERICAL  Check Date: 12/29/22
Home Department: 841  Check Number: DDeposit

| Earnings | JobCode | Department | Hours | OT | SH | WE | HO | CB | Rate | Extend |
|---|---|---|---|---|---|---|---|---|---|---|
| REGULAR HRS-SHIFT 1 | 06 | FINANCE | 3.00 | N | | N | N | | 20.9400 | 62.82 |
| VACATION PAY | 06 | FINANCE | 37.50 | N | 1 | N | N | | 20.9400 | 785.25 |
| REGULAR HRS-SHIFT 1 | 06 | FINANCE | 27.70 | N | | N | N | | 20.9400 | 580.04 |
| REGULAR HRS-SHIFT 1 | 06 | MAT MGMT | 9.30 | N | | N | N | | 20.9400 | 194.74 |
| VACATION PAY | 06 | FINANCE | 2.50 | N | 1 | N | N | | 20.9400 | 52.35 |
| | | ** TOTAL HOURS ** | 80.00 | | | | | | | |

| Deductions | Current | YearToDate |
|---|---|---|
| DENTAL INS | | 249.00 |
| HEALTH INS | | 1660.00 |
| LOCAL SVC TX | 2.00 | 52.00 |
| FEDERAL TAX | 105.37 | 2477.17 |
| OASDI | 103.86 | 2609.36 |
| MEDICARE | 24.29 | 610.26 |
| STATE | 51.43 | 1292.07 |
| UNEMPLOYMENT PA | 1.01 | 26.42 |
| CORRY CITY TAX | 16.75 | 420.88 |

| Current | | | Y-T-D | | |
|---|---|---|---|---|---|
| Gross Pay | 1675.20 | | Gross Pay | 43995.52 | |
| - Deductions | 304.71 | | - Deductions | 9397.16 | |
| Net Pay | 1370.49 | | Net Pay | 34598.36 | |

| Benefits | Hours |
|---|---|
| VACATION PAY | 200.00 |
| OLD VACATION | 183.00 |
| PERSONAL | 32.00 |

| Bank Account | Deposit |
|---|---|
| XXXXX6884 | 1370.49 |

BONNIE WARNSHUIS            00299
149 WEST BOND ST
CORRY        PA 16407

LECOM HEALTH CORRY MEMORIAL HOSPITAL

**BONNIE WARNSHUIS**    00299    F-M-01 S-M-00    Period: 11/27/22 - 12/10/22

Base Rate: 20.9400  
Home Department: 841  
Title: CLERICAL  
Check Date: 12/15/22  
Check Number: DDeposit

| Earnings | JobCode | Department | Hours | OT | SH | WE | HO | CB | Rate | Extend |
|---|---|---|---|---|---|---|---|---|---|---|
| REGULAR HRS-SHIFT 1 | 06 | MAT MGMT | 39.90 | N | | N | N | | 20.9400 | 835.51 |
| REGULAR HOURS-SHIFT | 06 | MAT MGMT | .10 | N | | N | N | | 21.4400 | 2.14 |
| OVERTIME PAY-S1 | 06 | MAT MGMT | 1.00 | Y | | N | N | | 31.4103 | 31.41 |
| REGULAR HRS-SHIFT 1 | 06 | FINANCE | 24.00 | N | | N | N | | 20.9400 | 502.56 |
| REGULAR HRS-SHIFT 1 | 06 | MAT MGMT | 8.00 | N | | N | N | | 20.9400 | 167.52 |
| VACATION PAY | 06 | FINANCE | 8.00 | N | 1 | N | N | | 20.9400 | 167.52 |
| | | ** TOTAL HOURS ** | 81.00 | | | | | | | |

| Deductions | Current | YearToDate |
|---|---|---|
| DENTAL INS | 5.00 | 249.00 |
| HEALTH INS | 20.00 | 1660.00 |
| LOCAL SVC TX | 2.00 | 50.00 |
| FEDERAL TAX | 106.15 | 2371.80 |
| OASDI | 104.26 | 2505.50 |
| MEDICARE | 24.38 | 585.97 |
| STATE | 51.63 | 1240.64 |
| UNEMPLOYMENT PA | 1.02 | 25.41 |
| CORRY CITY TAX | 16.82 | 404.13 |

Current:  
Gross Pay 1706.66  
- Deductions 331.26  
Net Pay 1375.40  

Y-T-D:  
Gross Pay 42320.32  
- Deductions 9092.45  
Net Pay 33227.87  

| Benefits | Hours |
|---|---|
| VACATION PAY | 40.00 |
| OLD VACATION | 183.00 |
| PERSONAL | .00 |

| Bank Account | Deposit |
|---|---|
| XXXXX6884 | 1375.40 |

BONNIE WARNSHUIS      00299  
149 WEST BOND ST  
CORRY     PA 16407