Certificate Number: 20611-PAW-DE-037337058

Bankruptcy Case Number: 23-10064



20611-PAW-DE-037337058

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>April 8, 2023</u>, at <u>4:25</u> o'clock <u>PM EDT</u>, <u>Bonnie S Warnshuis</u> completed a course on personal financial management given <u>by internet</u> by <u>Ronda J. Winnecour, Chapter 13 Standing Trustee</u>, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the <u>Western District of Pennsylvania</u>.

Date:   <u>April 11, 2023</u>        By:     <u>/s/Consuelo V Gerhardt</u>

Name:   <u>Consuelo V Gerhardt</u>

Title:   <u>Financial Educator</u>