Form 300b

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Bonnie S. Warnshuis** | : | Case No. 23−10064−JCM |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | |
| v. | : | Related to Document No. 45 |
| **No Respondents** | : | |
| *Respondent(s).* | : | Hearing Date: 6/23/26 at 02:00 PM |
| | : | |
| | : | |
| | : | |

**ORDER SCHEDULING DATE FOR RESPONSE
AND HEARING ON MOTION**

     **AND NOW,** this **The 28th of April, 2026**, a **Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements** having been filed at Doc. No. 45 , by the Chapter 13 Trustee

     It is hereby **ORDERED, ADJUDGED and DECREED** that:

     (1)  **On or before June 2, 2026**, any **Response**, including a consent to the **Motion**, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 **OR** U.S. Courthouse, Room B160, 17 South Park Row, Erie, PA 16501) and served on the counsel for the Moving Party.

     (2)  This **Motion** is scheduled for hearing on **June 23, 2026 at 02:00 PM** in Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, PA 16501, at which time the parties and/or their counsel shall appear and the Court will dispose of the **Motion**. See Judge Melaragno's Procedures effective 6/28/23 on the Court's Website.

     (3)  If, after proper service, a Respondent fails to timely file a **Response**, the Court **may** determine that no hearing is required and accordingly enter the order by default. **To determine if a default order has been entered the Moving Party is directed to the Court's web site at www.pawb.uscourts.gov one day prior to the hearing. To view the calendar for Judge John C Melaragno refer to the calendar section.** In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties will be **required** to appear at the hearing.

 

_____

John C. Melaragno, Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-10064-JCM |
| Bonnie S. Warnshuis | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 3 |
| Date Rcvd: Apr 28, 2026 | Form ID: 300b | Total Noticed: 35 |

The following symbols are used throughout this certificate:

**Symbol      Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 30, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Bonnie S. Warnshuis, 149 West Bond Street, Corry, PA 16407-1103 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | + Email/Text: RASEBN@raslg.com | Apr 29 2026 00:46:00 | NewRez LLC, RAS Crane, LLC, 10700 Abbott's Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| cr | + Email/Text: RASEBN@raslg.com | Apr 29 2026 00:46:00 | Newrez LLC d/b/a Shellpoint Mortgage Servicing, Robertson, Anschutz, Schneid, Crane & Pa, 13010 Morris Road., Suite 450, Alpharetta, GA 30004-2001 |
| cr | + Email/Text: bkelectronicnoticecourtmail@computershare.com | Apr 29 2026 00:47:00 | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Suite 300, Greenwood Village, CO 80111-4720 |
| cr | + Email/Text: SLSBKNotices@nationalbankruptcy.com | Apr 29 2026 00:46:00 | Specialized Loan Servicing LLC, 14841 Dallas Parkway, Suite 350, Dallas, TX 75254, UNITED STATES 75254-7685 |
| 15570848 | + Email/Text: BarclaysBankDelaware@tsico.com | Apr 29 2026 00:47:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 15570849 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 29 2026 00:57:48 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 15570850 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 29 2026 00:58:30 | Capital One, PO Box 71087, Charlotte, NC 28272-1087 |
| 15570851 | + Email/PDF: acg.coaf.ebn@aisinfo.com | Apr 29 2026 00:57:57 | Capital One Auto Finance, Attn: Bankruptcy, 7933 Preston Rd, Plano, TX 75024-2302 |
| 15581985 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 29 2026 00:58:12 | Capital One N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15570852 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 29 2026 00:57:48 | Capital One/Walmart, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 15570853 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 29 2026 00:58:37 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 15570854 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 29 2026 00:47:00 | Comenity Bank/Blair, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15570855 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 29 2026 00:47:00 | Comenity Bank/Kingsize, Attn: Bankruptcy, Po Box 182273, Columbus, OH 43218-2273 |
| 15570856 | + Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Apr 29 2026 00:46:00 | First National Bank, Attn: Banruptcy, 3015 Glimcher Blvd, Hermitage, PA 16148-3343 |
| 15571259 | + Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Apr 29 2026 00:46:00 | First National Bank of Pennsylvania, 4140 E. State |

| | | | |
|---|---|---|---|
| | | | Street, Hermitage, PA 16148-3401 |
| 15587253 | Email/PDF: resurgentbknotifications@resurgent.com | Apr 29 2026 00:57:57 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15570857 | + Email/Text: bknotification@loandepot.com | Apr 29 2026 00:48:00 | LoanDepot, Attn: Bankruptcy, 26642 Towne Center, Foothill Ranch, CA 92610-2808 |
| 15579610 | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 29 2026 00:57:46 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 15570861 | Email/Text: ml-ebn@missionlane.com | Apr 29 2026 00:46:00 | Mission Lane LLC, Attn: Bankruptcy, P.O. Box 105286, Atlanta, GA 30348 |
| 15570862 | Email/Text: ml-ebn@missionlane.com | Apr 29 2026 00:46:00 | Mission Lane LLC, PO Box 23075, Columbus, GA 31902-3075 |
| 15570858 | + Email/Text: bankruptcy@marinerfinance.com | Apr 29 2026 00:46:00 | Mariner Finance, LLC, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 15570859 | + Email/Text: Mercury@ebn.phinsolutions.com | Apr 29 2026 00:46:00 | Mercury/FBT, Attn: Bankruptcy, Po Box 84064, Columbus, GA 31908-4064 |
| 15570860 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 29 2026 00:57:46 | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 15814087 | + Email/Text: mtgbk@shellpointmtg.com | Apr 29 2026 00:46:00 | NewRez LLC, d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 15601826 | + Email/Text: bkelectronicnoticecourtmail@computershare.com | Apr 29 2026 00:47:00 | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Suite 300, Greenwood Village, Colorado 80111-4720 |
| 15570863 | + Email/PDF: ais.sync.ebn@aisinfo.com | Apr 29 2026 00:58:28 | Synchrony Bank/ Old Navy, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15570864 | + Email/PDF: ais.sync.ebn@aisinfo.com | Apr 29 2026 00:58:28 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15570865 | + Email/PDF: ais.sync.ebn@aisinfo.com | Apr 29 2026 00:57:46 | Synchrony Bank/HHGregg, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15570866 | + Email/PDF: ais.sync.ebn@aisinfo.com | Apr 29 2026 00:58:08 | Synchrony Bank/JCPenney, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15570867 | + Email/PDF: ais.sync.ebn@aisinfo.com | Apr 29 2026 00:57:46 | Synchrony Bank/PLCC, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15570868 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 29 2026 00:57:58 | Trac/CBCD/Citicorp, Citicorp Credit/Centralized Bankruptcy, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15570869 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 29 2026 00:58:12 | Walmart Credit Services/Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15570870 | + Email/PDF: ais.Bankruptcynoticeshomelending@aisinfo.com | Apr 29 2026 00:58:31 | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus Mac X2303-01a, Des Moines, IA 50328-0001 |
| 15593224 | + Email/Text: bknotification@loandepot.com | Apr 29 2026 00:47:00 | loanDepot.com, LLC, Attn: Bankruptcy, 5465 Legacy Drive, Suite 400, Plano, TX 75024-3192 |

TOTAL: 34

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | LOANDEPOT.COM, LLC |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

District/off: 0315-1                                    User: auto                                    Page 3 of 3
Date Rcvd: Apr 28, 2026                           Form ID: 300b                          Total Noticed: 35

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 30, 2026                         Signature:              /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 28, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Daniel P. Foster | on behalf of Debtor Bonnie S. Warnshuis dan@mrdebtbuster.com<br>katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Matthew Fissel | on behalf of Creditor LOANDEPOT.COM  LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Robert Shearer | on behalf of Creditor Newrez LLC d/b/a Shellpoint Mortgage Servicing rshearer@raslg.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 5