**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | |
| BONNIE S. WARNSHUIS | Case No.:23-10064 |
| Debtor(s) | Chapter 13 |
| Ronda J. Winnecour<br>Chapter 13 Trustee,<br>            Movant<br>         vs.<br>No Respondents. | Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report").  Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

April 27, 2026

/s/  Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

    1.  The case was filed on 02/13/2023  and confirmed on 4/7/23 .  The case was subsequently       Completed After Confirmation

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 38,950.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 38,950.00 |
| | | |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 4,000.00 | |
|   Trustee Fee | 2,303.18 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 6,303.18 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| NEW REZ LLC | 0.00 | 30,866.56 | 0.00 | 30,866.56 |
|   Acct: 1421 | | | | |
| NEW REZ LLC | 1,163.11 | 1,163.11 | 0.00 | 1,163.11 |
|   Acct: 1421 | | | | |
| | | | | 32,029.67 |
| **Priority** | | | | |
| DANIEL P FOSTER ESQ** | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| BONNIE S. WARNSHUIS | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| FOSTER LAW OFFICES** | 4,000.00 | 4,000.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| *** N O N E *** | | | | |
| **Unsecured** | | | | |
| LVNV FUNDING LLC | 8,529.00 | 276.12 | 0.00 | 276.12 |
|   Acct: 9884 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC, | 2,026.46 | 65.61 | 0.00 | 65.61 |
|   Acct: 6684 | | | | |
| CAPITAL ONE BANK USA NA | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 1369 | | | | |
| FIRST NATIONAL BANK OF PA(*) | 5,533.39 | 179.14 | 0.00 | 179.14 |
|   Acct: 0074 | | | | |
| MERRICK BANK | 2,974.16 | 96.28 | 0.00 | 96.28 |
|   Acct: 3113 | | | | |
| MISSION LANE | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 7877 | | | | |
| MISSION LANE | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 7043 | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| | | | | 617.15 |

| | |
|---|---:|
| TOTAL PAID TO CREDITORS | 32,646.82 |

23-10064                                                                                      Page 2 of 2

TOTAL CLAIMED
PRIORITY              0.00
SECURED          1,163.11
UNSECURED       19,063.01


Date: 04/27/2026                                    /s/ Ronda J. Winnecour

                                                    RONDA J WINNECOUR PA ID #30399
                                                    CHAPTER 13 TRUSTEE WD PA
                                                    600 GRANT STREET
                                                    SUITE 3250 US STEEL TWR
                                                    PITTSBURGH, PA  15219
                                                    (412) 471-5566
                                                    cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    BONNIE S. WARNSHUIS

        Debtor(s)

    Ronda J. Winnecour
        Movant
        vs.
    No Repondents.

Case No.:23-10064

Chapter 13

Document No.:

**ORDER OF COURT**

AND NOW, this _____ day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminate and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                    Case No. 23-10064-JCM

Bonnie S. Warnshuis                                                       Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1                          User: auto                                   Page 1 of 3
Date Rcvd: Apr 28, 2026                       Form ID: pdf900                              Total Noticed: 35

The following symbols are used throughout this certificate:
**Symbol       Definition**

+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
               regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 30, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Bonnie S. Warnshuis, 149 West Bond Street, Corry, PA 16407-1103 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern
Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | + Email/Text: RASEBN@raslg.com | Apr 29 2026 00:46:00 | NewRez LLC, RAS Crane, LLC, 10700 Abbott's Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| cr | + Email/Text: RASEBN@raslg.com | Apr 29 2026 00:46:00 | Newrez LLC d/b/a Shellpoint Mortgage Servicing, Robertson, Anschutz, Schneid, Crane & Pa, 13010 Morris Road., Suite 450, Alpharetta, GA 30004-2001 |
| cr | + Email/Text: bkelectronicnoticecourtmail@computershare.com | Apr 29 2026 00:47:00 | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Suite 300, Greenwood Village, CO 80111-4720 |
| cr | + Email/Text: SLSBKNotices@nationalbankruptcy.com | Apr 29 2026 00:46:00 | Specialized Loan Servicing LLC, 14841 Dallas Parkway, Suite 350, Dallas, TX 75254, UNITED STATES 75254-7685 |
| 15570848 | + Email/Text: BarclaysBankDelaware@tsico.com | Apr 29 2026 00:47:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 15570849 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 29 2026 00:57:48 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 15570850 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 29 2026 00:58:30 | Capital One, PO Box 71087, Charlotte, NC 28272-1087 |
| 15570851 | + Email/PDF: acg.coaf.ebn@aisinfo.com | Apr 29 2026 00:58:35 | Capital One Auto Finance, Attn: Bankruptcy, 7933 Preston Rd, Plano, TX 75024-2302 |
| 15581985 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 29 2026 00:57:48 | Capital One N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15570852 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 29 2026 00:57:48 | Capital One/Walmart, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 15570853 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 29 2026 00:58:37 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 15570854 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 29 2026 00:47:00 | Comenity Bank/Blair, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15570855 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 29 2026 00:47:00 | Comenity Bank/Kingsize, Attn: Bankruptcy, Po Box 182273, Columbus, OH 43218-2273 |
| 15570856 | + Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Apr 29 2026 00:46:00 | First National Bank, Attn: Banruptcy, 3015 Glimcher Blvd, Hermitage, PA 16148-3343 |
| 15571259 | + Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Apr 29 2026 00:46:00 | First National Bank of Pennsylvania, 4140 E. State |

|  |  |  |  |
|---|---|---|---|
|  |  |  | Street, Hermitage, PA 16148-3401 |
| 15587253 | Email/PDF: resurgentbknotifications@resurgent.com | Apr 29 2026 00:58:19 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15570857 | + Email/Text: bknotification@loandepot.com | Apr 29 2026 00:48:00 | LoanDepot, Attn: Bankruptcy, 26642 Towne Center, Foothill Ranch, CA 92610-2808 |
| 15579610 | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 29 2026 00:58:28 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 15570861 | Email/Text: ml-ebn@missionlane.com | Apr 29 2026 00:46:00 | Mission Lane LLC, Attn: Bankruptcy, P.O. Box 105286, Atlanta, GA 30348 |
| 15570862 | Email/Text: ml-ebn@missionlane.com | Apr 29 2026 00:46:00 | Mission Lane LLC, PO Box 23075, Columbus, GA 31902-3075 |
| 15570858 | + Email/Text: bankruptcy@marinerfinance.com | Apr 29 2026 00:46:00 | Mariner Finance, LLC, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 15570859 | + Email/Text: Mercury@ebn.phinsolutions.com | Apr 29 2026 00:46:00 | Mercury/FBT, Attn: Bankruptcy, Po Box 84064, Columbus, GA 31908-4064 |
| 15570860 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 29 2026 00:57:46 | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 15814087 | + Email/Text: mtgbk@shellpointmtg.com | Apr 29 2026 00:46:00 | NewRez LLC, d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 15601826 | + Email/Text: bkelectronicnoticecourtmail@computershare.com | Apr 29 2026 00:47:00 | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Suite 300, Greenwood Village, Colorado 80111-4720 |
| 15570863 | + Email/PDF: ais.sync.ebn@aisinfo.com | Apr 29 2026 00:57:46 | Synchrony Bank/ Old Navy, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15570864 | + Email/PDF: ais.sync.ebn@aisinfo.com | Apr 29 2026 00:58:09 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15570865 | + Email/PDF: ais.sync.ebn@aisinfo.com | Apr 29 2026 00:57:46 | Synchrony Bank/HHGregg, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15570866 | + Email/PDF: ais.sync.ebn@aisinfo.com | Apr 29 2026 00:57:46 | Synchrony Bank/JCPenney, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15570867 | + Email/PDF: ais.sync.ebn@aisinfo.com | Apr 29 2026 00:58:28 | Synchrony Bank/PLCC, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15570868 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 29 2026 01:08:48 | Trac/CBCD/Citicorp, Citicorp Credit/Centralized Bankruptcy, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15570869 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 29 2026 00:58:30 | Walmart Credit Services/Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15570870 | + Email/PDF: ais.Bankruptcynoticeshomelending@aisinfo.com | Apr 29 2026 00:58:31 | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus Mac X2303-01a, Des Moines, IA 50328-0001 |
| 15593224 | + Email/Text: bknotification@loandepot.com | Apr 29 2026 00:47:00 | loanDepot.com, LLC, Attn: Bankruptcy, 5465 Legacy Drive, Suite 400, Plano, TX 75024-3192 |

TOTAL: 34

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | LOANDEPOT.COM, LLC |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

District/off: 0315-1                              User: auto                                    Page 3 of 3
Date Rcvd: Apr 28, 2026                           Form ID: pdf900                          Total Noticed: 35

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 30, 2026                        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 27, 2026 at the address(es) listed below:**

**Name**                           **Email Address**

Daniel P. Foster
                          on behalf of Debtor Bonnie S. Warnshuis dan@mrdebtbuster.com
                          katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com

Matthew Fissel
                          on behalf of Creditor LOANDEPOT.COM  LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com

Office of the United States Trustee
                          ustpregion03.pi.ecf@usdoj.gov

Robert Shearer
                          on behalf of Creditor Newrez LLC d/b/a Shellpoint Mortgage Servicing rshearer@raslg.com

Ronda J. Winnecour
                          cmecf@chapter13trusteewdpa.com


TOTAL: 5