**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor1 | Bonnie S. Warnshuis |
| Debtor 2 (Spouse, if filing) | |

United States Bankruptcy Court for the : <u>WESTERN</u> District of <u>Pennsylvania</u>
(State)

Case number <u>23-10064-JCM</u>

# Official Form 410C13-NR
# Response to Trustee's Notice of Disbursements Made
12/25

**The claim holder must respond to the Trustee's Notice of Payments Made within 28 days after it was served. Rule 3002.1(g)(3).**

| Part 1: | Mortgage Information |
|---|---|

**Name of claim holder:**    NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING

**Court claim no.** (if known): <u>5-1</u>

**Last 4 digits** of any number you use to identify the debtor's account: <u>1421</u>

**Property address:**    <u>149 WEST BOND STREET ,</u>
Number        Street

<u>CORRY, PA 16407</u>
City                                State            ZIP Code

| Part 2: | Arrearages |
|---|---|

The total amount received to cure any arrearages as of the date of this response: $<u>1,163.11</u>.

*Check all that apply:*

[x] The amount required to cure any prepetition arrearage has been paid in full.

❑ The amount required to cure the prepetition arrearage has not been paid in full. Amount of prepetition arrearage remaining unpaid as of the date of this response: $<u>0.00</u>.

[x] The amount required to cure any postpetition arrearage has been paid in full.

❑ The amount required to cure the postpetition arrearage has not been paid in full. Amount of postpetition arrearage remaining unpaid as of the date of this response: $ _____.

**Part 3:**      **Postpetition Payments**

*(a) Check all that apply:*

**[ X]** The debtor is current on all postpetition payments, including all fees, charges, expenses, escrow, and costs.

[ ] The debtor is not current on all postpetition payments. The claim holder asserts that the debtor is obligated for the postpetition payment(s) that first became due on: ____/____/_____

[ ] The debtor has fees, charges, expenses, negative escrow amounts, or costs due and owing.

(b) The claim holder attaches a payoff statement and provides the following information as of the date of this response:

    i. Date last payment was received on the mortgage:05/22/2026

    ii. Date next postpetition payment from the debtor is due: 06/01/2026

    iii. Amount of the next postpetition payment that is due: $824.23.

    iv. Unpaid principal balance of the loan: $60,078.81.

    v. Additional amounts due for any deferred or accrued interest: $178.59 to 05/29/2026.

    vi. Balance of the escrow account: $114.22.

    vii. Balance of unapplied funds or funds held in a suspense account: $0.00.

    viii. Total amount of fees, charges, expenses, negative escrow

    amounts, or costs remaining unpaid: N/A____

| Part 4: | Itemized Payment History |
|---|---|

If the claim holder disagrees that the prepetition arrearage has been paid in full, states that the debtor is not current on all postpetition payments, or states that fees, charges, expenses, escrow, and costs are due and owing, it must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

☐ all prepetition and postpetition payments received;

☐ the application of all payments received;

☐ all fees, costs, escrow, and expenses that the claim holder asserts are recoverable against the debtor or the debtor's principal residence; and

☐ all amounts the claim holder contends remain unpaid.

| Part 5: | Sign Here |
|---|---|

The person completing this response must sign it. Check the appropriate box:

☐ I am the claim holder

■ I am the claim holder's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

x    /s/ Christopher Salamone
     Signature

Date  05/29/2026

Print   Christopher Salamone
        First Name        Middle Name        Last Name

Title Authorized Agent

Company   Robertson, Anschutz, Schneid, Crane & Partners, PLLC

Identify the corporate servicer as the company if the authorized agent is a servicer

Address   13010 Morris Rd., Suite 450
          Number        Street

          Alpharetta, GA  30004
          City        State        ZIP Code

Contact   470-321-7112

Email  csalamone@raslg.com

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA
DISTRICT OF ERIE

IN RE: Bonnie S. Warnshuis

Debtor.

CASE NO.: 23-10064-JCM

Chapter 13

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on   May 29, 2026           , I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

Bonnie S. Warnshuis
149 West Bond Street
Corry, PA 16407

And via electronic mail to:

Daniel P. Foster
Foster Law Offices
1210 Park Avenue
Meadville, PA 16335

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

U.S. Trustee
Office of the United States Trustee
1000 Liberty Avenue
Suite 1316
Pittsburgh, PA 15222

By: /s/   Justine Bennett

Email:   Jusbennett@raslg.com

Original Form 410C13-NR                  **Response to Trustee's Notice of**                  page2page 2
                                         **Disbursements Made2**



Monday - Friday: 8:00AM-9:00PM ET
Saturday: 10:00AM-2:00PM ET
PHONE NUMBER:  800-365-7107
FAX NUMBER:  866-467-1137

May 27, 2026

WARNSHUIS, BARRY J
149 W BOND ST
CORRY, PA  16407

Payoff figures have been requested on the loan for the borrower and property described below.

BARRY J WARNSHUIS
BONNIE S WARNSHUIS
149 WEST BOND STREET
CORRY, PA   16407

Loan Type: Conventional

When remitting funds:

1. **YOU MUST include your loan number to ensure proper posting and provide us with the borrower's forwarding address.**
2. **This Payoff quote is effective 5/27/2026 and is good through 5/29/2026.**
   **Any transactions that occur on or after the effective date may change the payoff amount.**
3. Funds received in this office after 3:00 pm Eastern Time will be processed on the next business day, with interest charged to that date.

| **Projected Payoff Date** | **5/29/2026** |
|---|---|
| Principal Balance | $60,078.81 |
| Interest To 5/29/2026 | $178.59 |
| Fees | $0.00 |
| Prepayment Penalty | $0.00 |
| Release Fees | $0.00 |
| Funds owed by borrower | $0.00 |
| Funds owed to borrower | ($114.22) |
| **Total Payoff** | **$60,143.18** |
| Per diem | $6.38 |

For the protection of all parties and to ensure immediate availability of funds, final mortgage Payoff must be remitted in the form of **certified funds**. Acceptable methods include: **certified check, cashier's check or wire transfer. Personal checks, business checks, and ACH payments are not accepted** for Payoff transactions.

**Wiring Instructions -**
**\* Must include "Reference" information listed below if wiring funds \***

| Bank Name: | Citibank N.A. | |
|---|---|---|
| Account Name: | Shellpoint Mortgage Servicing | |
| Reference: | | WARNSHUIS |

Payoff Mailing Address
Shellpoint Mortgage Servicing
75 Beattie Place
Suite LL202
Greenville, SC  29601

PO1.rpt - Internal
5/27/2026          20



Monday - Friday: 8:00AM-9:00PM ET
Saturday: 10:00AM-2:00PM ET
PHONE NUMBER:  800-365-7107
FAX NUMBER:  866-467-1137

**BEWARE OF SCAMS - WE WILL NEVER ASK YOU TO USE DIFFERENT WIRING INSTRUCTIONS - IF YOU RECEIVE ANY REQUEST TO USE INSTRUCTIONS DIFFERENT THAN THESE PLEASE CALL THE TELEPHONE NUMBER LISTED AT THE TOP THIS FORM TO CONFIRM NEXT STEPS .**

The next payment due date is 6/1/2026. Payments are made by Billing on a monthly basis. The interest rate for this payment is 3.87500% and the P & I payment is $$580.88.  The taxes are next due 9/30/2026.

**PLEASE CALL THE NUMBER LISTED ON THIS FORM TO UPDATE FIGURES PRIOR TO REMITTING FUNDS AS THEY ARE SUBJECT TO CHANGE WITHOUT NOTICE.**

Payoff Policy Details:

1. When remitting funds, **YOU MUST use our loan number** to ensure proper posting and provide us with the borrower's forwarding address .
2. **The Payoff total quoted above is valid through the stated good through date . Any transactions that occur on or after the issue date of this Payoff statement may change the total amount** .
3. Payoff funds are accepted Monday through Friday, excluding federal holidays, and will be effective same day if received by 3pm EST .
4. **Continue making your monthly payments until you send us the amount needed to Payoff your mortgage** to avoid late charges, adverse credit reporting, or if permitted by your loan documents, default interest charges .
   a. If you currently have your monthly payment set up on automatic withdrawal (ACH), or have any pending payments set up, drafting will continue until the loan is paid in full, at which time future drafts will automatically be cancelled .
5. **If you are due for a refund**, that refund will be issued by check on day 20 after the date the loan is paid in full.
   a. Any refunds will be sent to the mailing address we have on record for this account . If your mailing address is changing, you must contact us to provide a new address .
6. The Payoff amount is subject to our final verification once we receive the Payoff funds . **We reserve the right, except where prohibited, to correct any portion of this statement at any time .**
7. **If the amount we receive is insufficient to Payoff this loan, we may use funds in the escrow balance to cover the short Payoff.**
8. We will pay all escrowed items, including hazard and flood insurance and taxes, from your escrow account as normally scheduled up to the date we receive the Payoff funds .
   a. You or your closing agent (if applicable) will need to request a refund from the appropriate tax authority or insurance company for any duplicate tax or insurance payments .
   b. Any existing lender-placed property insurance premium will be cancelled upon account Payoff, and any related unearned premiums will be refunded .
9. Once the loan is paid in full, the appropriate security instrument will be released as follows :
   a. Real Property: a Release is recorded with your county and a copy will be sent to you once returned from the county, usually within 30-90 days, dependent upon state/county processing times .
   b. Personal Property: a Tile Lien Cancellation or UCC3 Termination will be sent to the mailing address we have on record for this account within 30-90 days .

**IMPORTANT: Update Your Mailing Address for Tax Documentation**
*"To ensure timely delivery of your tax documents related to your mortgage, please verify, and update your mailing address in your online account. To do so, sign into your account at myaccount.shellpointmtg.com and go to your dashboard. Then, click on the "down" arrow beside your profile icon and select My Profile. Here you can update your address and phone number. We encourage you to update your personal information whenever anything changes."*

# shellpoint®

Monday - Friday: 8:00AM-9:00PM ET
Saturday: 10:00AM-2:00PM ET
PHONE NUMBER:  800-365-7107
FAX NUMBER:  866-467-1137

**Please read the following important notices as they may affect your rights.**

Newrez LLC dba Shellpoint Mortgage Servicing is a debt collector. This is not an attempt to collect a debt due to your bankruptcy filing. Newrez LLC dba Shellpoint Mortgage Servicing's NMLS ID is █████

If you are a customer in bankruptcy or a customer who has received a bankruptcy discharge of this debt: please be advised that this notice is to advise you of the status of your mortgage loan. This notice constitutes neither a demand for payment nor a notice of personal liability to any recipient hereof, who might have received a discharge of such debt in accordance with applicable bankruptcy laws or who might be subject to the automatic stay of Section 362 of the United States Bankruptcy Code.

**Attention Servicemembers and Dependents: The federal Servicemembers Civil Relief Act and certain state laws provide important protections for you, including interest rate protections and prohibiting foreclosure under most circumstances during and twelve months after the servicemember's military or other service. Counseling for covered servicemembers is available from Military OneSource (800-342-9647) and the United States Armed Forces Legal Assistance or other similar agencies. For more information, please visit the Military OneSource website www.militaryonesource.mil/.**

**Notice of Error or Information Request Address**
You have certain rights under Federal law related to resolving errors in the servicing of your loan and requesting information about your loan. If you want to request information about your loan or if you believe an error has occurred in the servicing of your loan and would like to submit an Error Resolution or Informational Request, please write to us. Additionally, if you believe we have furnished inaccurate information to credit reporting agencies, please write to us with specific details regarding those errors and any supporting documentation that you have and we will assist you.  Error Resolution, including concerns of inaccurate information sent to credit reporting agencies, or requests for information should be sent to the following address:

Shellpoint Mortgage Servicing
P.O. Box 10826
Greenville, SC  29603

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

A successor in interest is someone who acquires an ownership interest in a property secured by a mortgage loan by transfer upon the death of a relative, as a result of a divorce or legal separation, through certain trusts, between spouses, from a parent to a child, or when a borrower who is a joint tenant or tenant by the entirety dies. If you are a successor in interest, or you think you might be, please contact by phone, mail or email to start the confirmation process.

**Our system of record has your preferred language as Unknown.**

**If you prefer to receive communication in a language other than English, please contact us at 800-365-7107 to speak with a translator in your preferred language about the servicing of your loan or a document you received.**

**Si prefiere recibir las comunicaciones en otro idioma que no sea el inglés, por favor, contáctenos en el 800-365-7107 para hablar con un traductor en el idioma de su preferencia sobre la gestión de su préstamo o cualquier documento que haya recibido.**

如果您要使用英语以外的其他语言进行交流，请致电    800-365-7107，我们将根据您首选的语言安排相应的译员，与您就贷款服务事项或您所接收的文件进行商讨。

Please note that we operate as Newrez Mortgage LLC dba Shellpoint Mortgage Servicing in Arkansas and Texas.