# IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

    BONNIE S. WARNSHUIS

          Debtor(s)

    Ronda J. Winnecour
          Movant
          vs.
No Repondents.

Case No.:23-10064

Chapter 13

Document No.: 45

## ORDER OF COURT

AND NOW, this _____3rd_____ day of _____June_____, 2026 , upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminat and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

SIGNED
6/3/26 8:28 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT:

_____
John C. Melaragno, Judge jlm
United States Bankruptcy Court

United States Bankruptcy Court

Western District of Pennsylvania

| In re: | Case No. 23-10064-JCM |
|---|---|
| Bonnie S. Warnshuis | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0315-1 | User: auto | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Jun 03, 2026 | Form ID: pdf900 | Total Noticed: 35 |

The following symbols are used throughout this certificate:

**Symbol    Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 05, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Bonnie S. Warnshuis, 149 West Bond Street, Corry, PA 16407-1103 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | + Email/Text: RASEBN@raslg.com | Jun 04 2026 00:41:00 | NewRez LLC, RAS Crane, LLC, 10700 Abbott's Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| cr | + Email/Text: RASEBN@raslg.com | Jun 04 2026 00:41:00 | Newrez LLC d/b/a Shellpoint Mortgage Servicing, Robertson, Anschutz, Schneid, Crane & Pa, 13010 Morris Road., Suite 450, Alpharetta, GA 30004-2001 |
| cr | + Email/Text: bkelectronicnoticecourtmail@computershare.com | Jun 04 2026 00:42:00 | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Suite 300, Greenwood Village, CO 80111-4720 |
| cr | + Email/Text: SLSBKNotices@nationalbankruptcy.com | Jun 04 2026 00:42:00 | Specialized Loan Servicing LLC, 14841 Dallas Parkway, Suite 350, Dallas, TX 75254, UNITED STATES 75254-7685 |
| 15570848 | + Email/Text: BarclaysBankDelaware@tsico.com | Jun 04 2026 00:42:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 15570849 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 04 2026 00:46:30 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 15570850 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 04 2026 00:46:37 | Capital One, PO Box 71087, Charlotte, NC 28272-1087 |
| 15570851 | + Email/PDF: acg.coaf.ebn@aisinfo.com | Jun 04 2026 00:46:38 | Capital One Auto Finance, Attn: Bankruptcy, 7933 Preston Rd, Plano, TX 75024-2302 |
| 15581985 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 04 2026 00:46:30 | Capital One N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15570852 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 04 2026 00:46:37 | Capital One/Walmart, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 15570853 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 04 2026 00:46:33 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 15570854 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 04 2026 00:42:00 | Comenity Bank/Blair, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15570855 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 04 2026 00:42:00 | Comenity Bank/Kingsize, Attn: Bankruptcy, Po Box 182273, Columbus, OH 43218-2273 |
| 15570856 | + Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Jun 04 2026 00:41:00 | First National Bank, Attn: Banruptcy, 3015 Glimcher Blvd, Hermitage, PA 16148-3343 |
| 15571259 | + Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Jun 04 2026 00:41:00 | First National Bank of Pennsylvania, 4140 E. State |

District/off: 0315-1                                  User: auto                                                    Page 2 of 3
Date Rcvd: Jun 03, 2026                             Form ID: pdf900                                         Total Noticed: 35

|  |  |  |  |
|---|---|---|---|
|  |  |  | Street, Hermitage, PA 16148-3401 |
| 15587253 | Email/PDF: resurgentbknotifications@resurgent.com | Jun 04 2026 00:46:32 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15570857 | + Email/Text: bknotification@loandepot.com | Jun 04 2026 00:42:00 | LoanDepot, Attn: Bankruptcy, 26642 Towne Center, Foothill Ranch, CA 92610-2808 |
| 15579610 | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 04 2026 00:46:37 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 15570861 | Email/Text: ml-ebn@missionlane.com | Jun 04 2026 00:41:00 | Mission Lane LLC, Attn: Bankruptcy, P.O. Box 105286, Atlanta, GA 30348 |
| 15570862 | Email/Text: ml-ebn@missionlane.com | Jun 04 2026 00:41:00 | Mission Lane LLC, PO Box 23075, Columbus, GA 31902-3075 |
| 15570858 | + Email/Text: bankruptcy@marinerfinance.com | Jun 04 2026 00:42:00 | Mariner Finance, LLC, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 15570859 | + Email/Text: Mercury@ebn.phinsolutions.com | Jun 04 2026 00:41:00 | Mercury/FBT, Attn: Bankruptcy, Po Box 84064, Columbus, GA 31908-4064 |
| 15570860 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 04 2026 00:46:31 | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 15814087 | + Email/Text: mtgbk@shellpointmtg.com | Jun 04 2026 00:41:00 | NewRez LLC, d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 15601826 | + Email/Text: bkelectronicnoticecourtmail@computershare.com | Jun 04 2026 00:42:00 | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Suite 300, Greenwood Village, Colorado 80111-4720 |
| 15570863 | + Email/PDF: ais.sync.ebn@aisinfo.com | Jun 04 2026 00:46:43 | Synchrony Bank/ Old Navy, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15570864 | + Email/PDF: ais.sync.ebn@aisinfo.com | Jun 04 2026 00:46:43 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15570865 | + Email/PDF: ais.sync.ebn@aisinfo.com | Jun 04 2026 00:46:36 | Synchrony Bank/HHGregg, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15570866 | + Email/PDF: ais.sync.ebn@aisinfo.com | Jun 04 2026 00:46:36 | Synchrony Bank/JCPenney, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15570867 | + Email/PDF: ais.sync.ebn@aisinfo.com | Jun 04 2026 00:46:30 | Synchrony Bank/PLCC, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15570868 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 04 2026 00:46:46 | Trac/CBCD/Citicorp, Citicorp Credit/Centralized Bankruptcy, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15570869 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 04 2026 00:46:43 | Walmart Credit Services/Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15570870 | + Email/PDF: ais.Bankruptcynoticeshomelending@aisinfo.com | Jun 04 2026 00:46:30 | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus Mac X2303-01a, Des Moines, IA 50328-0001 |
| 15593224 | + Email/Text: bknotification@loandepot.com | Jun 04 2026 00:42:00 | loanDepot.com, LLC, Attn: Bankruptcy, 5465 Legacy Drive, Suite 400, Plano, TX 75024-3192 |

TOTAL: 34

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr |  | LOANDEPOT.COM, LLC |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

District/off: 0315-1                              User: auto                                   Page 3 of 3

Date Rcvd: Jun 03, 2026                          Form ID: pdf900                              Total Noticed: 35

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 05, 2026                    Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 3, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Daniel P. Foster | on behalf of Debtor Bonnie S. Warnshuis dan@mrdebtbuster.com katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Matthew Fissel | on behalf of Creditor LOANDEPOT.COM  LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Robert Shearer | on behalf of Creditor Newrez LLC d/b/a Shellpoint Mortgage Servicing rshearer@raslg.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 5